Petition for Writ of Habeas Corpus denied without prejudice.

STATE of Rhode Island

v.

Ralph FANTASIA.

No. 81–306–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William F. Reilly, Public Defender, Lise Gescheidt, Asst. Public Defender, for defendant-petitioner.

ORDER

Petition for Writ of Habeas Corpus denied without prejudice.

STATE of Rhode Island

v.

Daniel J. TELLA and John D. Taylor.

No. 81–81–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William A. Dimitri, Jr., Providence, for defendant-petitioner.

ORDER

Petitions for Writ of Habeas Corpus are denied without prejudice.

Gail A. ZEPPA

v.

The ZONING BOARD OF REVIEW OF the TOWN OF SOUTH KINGSTOWN et al.

No. 81–307–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, East Providence, for plaintiff-respondent.

Robert B. Gates, for defendants-petitioners.

ORDER

Petition for Writ of Certiorari is denied without prejudice.

Wallace SPINK

v.

UNITED STATES FIRE INSURANCE COMPANY.

No. 82–355–M.P.

Supreme Court of Rhode Island.

Sept. 9, 1982.

Goldberg, Goldberg & Goldberg, Robert D. Goldberg, Pawtucket, for petitioner.

Gunning, LaFazia & Gnys, Inc., Robert W. Smith, Providence, for respondent.

## ORDER

Since the order which petitioner asks us to review is interlocutory, the petition for writ of certiorari is denied.